UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAROLAINE MONTEIRO DE SOUZA,

Petitioner,

v.

TIMOTHY S. ROBBINS, et al.,

Respondents.

Case No.  1:25-cv-1597-DJC-JDP (P)

ORDER

Petitioner, a former immigration detainee represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  *See also* ECF No. 15.

On January 30, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed January 30, 2026, are adopted in full;

2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;

3. Respondents are enjoined and restrained from re-detaining petitioner, absent exigent circumstances, without first providing petitioner with written notice and a pre-detention hearing before a neutral adjudicator.  At any such hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that petitioner poses a danger to the community or a risk of flight, and she shall be allowed to have counsel present;

4. The Clerk of Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE